IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SARAH UPDIKE**, *et al*. | : | Case No. 1:22-cv-00374 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | **PLAINTIFFS' MOTION FOR** |
| **SARA JONAS**, *et al.* | : | **EXPEDITED DISCOVERY** |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

Plaintiffs Sarah Updike, *et al.,* hereby move pursuant to Federal Civil Rule 26(d) for leave to immediately commence discovery prior to the parties' Civil Rule 26(f) conference, and pursuant Civil Rules 33(b)(2) and 34(b)(2) for an order expediting discovery and requiring Defendants to respond to written discovery served upon them within seven (7) days.  A memorandum in support follows.

Dated:   July 4, 2022                              Respectfully submitted,

 *s/W. Kelly Lundrigan*
*s/ Nicole M. Lundrigan*
W. Kelly Lundrigan (0059211)
Nicole M. Lundrigan (0075146)
LUNDRIGAN LAW GROUP CO, LPA
1080 Nimitzview Drive, Suite 402
Cincinnati, Ohio 45230
Phone (513) 813-7610
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com
*Attorneys for Plaintiffs*

<u>**MEMORANDUM IN SUPPORT**</u>

**I.     <u>INTRODUCTION</u>**

This case challenges the constitutionality of the "Resolution to Create a Culture of Kindness and Equal Opportunity for All Students and Staff" (the "Resolution") passed by three members of the Board of Education of FHSD on or about June 22, 2022.  Plaintiffs allege the Resolution is Constitutionally infirm on its face, and also discriminatory in its purpose.  *See, e.g.,* Verified Compl., ¶¶27, 36, 49.  Plaintiffs have filed a Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction.  As this Court is aware, a TRO lasts for fourteen (14) days unless extended by agreement of the parties or by the Court for an additional fourteen (14) days.  Therefore, regardless of the Court's action on Plaintiffs' request for a TRO, an evidentiary preliminary injunction hearing will be necessary in short order.

Federal Civil Rule 26(d) provides, in general, that discovery may not commence until the parties conduct their Rule 26(f) conference.  However, the court may authorize the earlier commencement of discovery.  *See* Civil Rule 26(d).  Similarly, Federal Civil Rules 33(b)(2) and 34(b)(2) permit this Court to alter the general thirty (30) day time period for responding to written discovery.

Given the nature of this proceeding and likely timing of an evidentiary preliminary injunction hearing, Plaintiffs respectfully request that this Court grant them leave to commence discovery immediately, and further order that discovery be expedited in this matter and Defendants be required to respond in full, including the production of responsive documents, within seven (7) days of the service of discovery upon them.

Dated: July 4, 2022                    Respectfully submitted,

                                  *s/W. Kelly Lundrigan*
                                 *s/ Nicole M. Lundrigan*
                                 W. Kelly Lundrigan (0059211)
                                 Nicole M. Lundrigan (0075146)
                                 LUNDRIGAN LAW GROUP CO, LPA
                                 1080 Nimitzview Drive, Suite 402
                                 Cincinnati, Ohio 45230
                                 Phone (513) 813-7610
                                 klundrigan@lundrigan-law.com
                                 nlundrigan@lundrigan-law.com
                                 *Attorneys for Plaintiffs*

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing has been served via email upon this following this 4th day of July, 2022:

SARA JONAS
7946 Beechmont Avenue
Cincinnati, Ohio 45255
sarajonas@foresthills.edu

LINDA HAUSFELD
7946 Beechmont Avenue
Cincinnati, Ohio 45255
lindahausfeld@foresthills.edu

BOB BIBB
7946 Beechmont Avenue
Cincinnati, Ohio 45255
bobbibb@foresthills.edu

KATIE STEWART
7946 Beechmont Avenue
Cincinnati, Ohio 45255
katiestewart@foresthills.edu

LESLIE RASMUSSEN
7946 Beechmont Avenue
Cincinnati, Ohio 45255
leslierasmussen@foresthills.edu

BOARD OF EDUCATION OF THE
FOREST HILLS SCHOOL DISTRICT
7946 Beechmont Avenue
Cincinnati, Ohio 45255
board@foresthills.edu

The following were placed in the mail for service via U.S. mail this 4th day of July, 2022:

LARRY HOOK
7946 Beechmont Avenue
Cincinnati, Ohio 45255

THE FOREST HILLS SCHOOL DISTRICT
7946 Beechmont Avenue
Cincinnati, Ohio 45255

*s/ Nicole M. Lundrigan*

4