**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Sarah Updike, et al.,

       Plaintiffs,                               Case No. 1:22-cv-00374

v.                                                    Judge Michael R. Barrett

Sara Jonas, et al.,

       Defendants.

## **ORDER**

This matter is before the Court on the Stipulation of the Parties, attached hereto. The Court approves the Stipulation of the Parties. In accordance therewith, it is hereby **ORDERED** that the briefing schedule for Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 13) is **STAYED**, and the case schedule will proceed as provided in the Court's Local Rules.

    **IT IS SO ORDERED.**

                                                            __/s Michael R. Barrett_____
                                                            Michael R. Barrett, Judge
                                                            United States District Court