

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | REVIEW OF POLICY - EDUCATIONAL RESOURCES |
| Code | po0171.1 |
| Status | Active |
| Adopted | February 23, 2009 |

**0171.1 - REVIEW OF POLICY - EDUCATIONAL RESOURCES**

It will be the policy of the Board to review its policies and procedures on educational resources on a continuing basis in order to keep them up-to-date.


EXHIBIT C