

**Forest Hills**
**School District**
ENGAGE • EMPOWER • EXCEL

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | REVIEW OF POLICY - PHILOSOPHY AND GOALS |
| Code | po0171.2 |
| Status | Active |
| Adopted | February 23, 2009 |

**0171.2 - REVIEW OF POLICY - PHILOSOPHY AND GOALS**

It will be the policy of the Board to review its policies on the philosophy of education, educational goals, curriculum and instruction, participation of disabled students, and educational options on a continuing basis in order to keep them up-to-date.



EXHIBIT

tabbies