

**Forest Hills**
**School District**
ENGAGE · EMPOWER · EXCEL.

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | LEGISLATIVE |
| Code | po0131 |
| Status | Active |
| Adopted | February 23, 2009 |
| Last Revised | November 26, 2018 |

## 0131 - **LEGISLATIVE**

The Board of Education shall make such rules and regulations as are necessary for its governance and the governance of its employees and students of its grounds or premises by adopting bylaws and policies for the organization and operation of this Board and this School District and shall be bound to follow such bylaws and policies. R.C. 3313.20.

Those bylaws and policies which are not dictated by the statutes or rules of the State Board of Education or ordered by the Superintendent of Public Instruction, or a court of competent authority may be adopted, amended, and repealed at any meeting of the Board, provided the proposed adoption, amendment, or repeal shall have been proposed at a previous Board meeting and, once proposed, shall have remained on the agenda of each succeeding Board meeting until approved or rejected except that the Board may upon a vote equivalent to that for adoption, amendment, or repeal and where compelling reasons exist, cause to suspend at any time the operation of a bylaw or policy herein contained, provided the suspension does not conflict with law, and such suspension shall terminate at the next meeting of the Board or at such earlier time as is specified in the motion to suspend.

These bylaws and policies may be adopted or amended at a single meeting of the Board in an emergency. An emergency shall be defined for purposes of this rule as any situation or set of circumstances which the Board has reason to believe will close the schools or jeopardize the safety or welfare of the students or employees of the District.

Any resolution adopted under emergency conditions shall expire automatically at the first public meeting of the Board following the abatement of the emergency unless the Board moves to adopt said resolution in final form.

Bylaws shall be adopted, amended, repealed, or suspended by an affirmative vote of four (4) members. Policies shall be adopted, amended, or repealed by an affirmative vote of three (3) members.

The adoption, modification, repeal, or suspension of a Board bylaw or policy shall be recorded in the minutes of the Board. All bylaws and policies shall be printed in the Board policy manual. Any policy or part of a policy that is superseded by a term in a negotiated agreement shall no longer be in force and effect as a policy.

The Board may adopt, amend, or repeal rules of order for its own operation by simple resolution of the Board passed by a majority of those present and voting.

© Neola 2018



**EXHIBIT**

F