

| | |
|---|---|
| Book | Policy Manual |
| Section | 1000 Administration |
| Title | DEVELOPMENT OF ADMINISTRATIVE GUIDELINES |
| Code | po1230.01 |
| Status | Active |
| Adopted | February 23, 2009 |

### 1230.01 - DEVELOPMENT OF ADMINISTRATIVE GUIDELINES

The Board of Education delegates to the Superintendent the function of designing and implementing the guidelines, required actions, and detailed arrangements under which the District will operate. These administrative guidelines shall not be inconsistent with the policies adopted by the Board.

The Board itself will formulate and adopt administrative guidelines and rules only when required by law, and when the Superintendent recommends Board adoption.

The Superintendent may also issue such administrative and student handbooks as s/he may consider necessary for the effective administration of the schools and distribute them to employees and students and/or their parents.

As long as the provisions of these administrative guidelines and handbooks are not inconsistent with Board policies, or with Federal/State law, they will be considered to be an extension of the policy manual and binding upon all employees and students.

A copy of the District's administrative guidelines manual and a copy of each handbook shall be made a part of the Board's reference materials maintained in the District office.

The Superintendent shall maintain a current organizational chart to which immediate reference can be made by the Board or any employee of the Board.

Legal          R.C. 3313.20, 3313.47

