

| | |
|---|---|
| Book | Policy Manual |
| Section | 2000 Program |
| Title | ADOPTION OF COURSES OF STUDY |
| Code | po2220 |
| Status | Active |
| Adopted | February 23, 2009 |

## 2220 - ADOPTION OF COURSES OF STUDY

The Board of Education shall provide a comprehensive instructional program to serve the educational needs of the students of this District. The Board shall periodically adopt courses of study that define the key components of the District's curriculum and instruction.

No course of study shall be taught in the schools of this District unless the Educational Service Center Board adopted it and this Board approved it. The Educational Service Center Board shall determine which units of the instructional program constitute courses of study and are thereby subject to its adoption procedures.

The Superintendent shall recommend to the Board such courses of study as are deemed to be in the best interest of the students.

Each course of study is intended to provide a basic framework for instruction and learning. Deviation from its content must be approved in accordance with the Superintendent's administrative guidelines.

The Superintendent shall maintain a current list of all courses of study offered by this District.

The list shall include a description of each course of study and its date of adoption.

© **Neola 2008**

Legal            R.C. 3301.07, 3313.60

A.C. 3301-35-02

