

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | REVIEW OF POLICY |
| Code | po0171 |
| Status | Active |
| Adopted | February 23, 2009 |

## 0171 - REVIEW OF POLICY

The Board will evaluate how policies have been implemented and their general effectiveness. It will rely on the school staff, students, and community to provide evidence of the effect of the policies it has adopted.

The Superintendent shall continually call to the Board's attention all policies that need revision.

The Board directs the Superintendent to recall all policy and regulations manuals periodically for purposes of administrative updating and Board review.

The Superintendent is further directed to identify and undertake the correction of technical or formatting errors found in the policy and regulations manuals. Such correction shall be limited to non-substantive matters that do not affect the intent, meaning and/or operation of the policy or regulation. Upon completion of the technical and formatting corrections, the Superintendent shall provide a brief summary of the corrections to the Board for review. Should the Board determine that a correction is substantive in nature, it must take formal action to adopt the amendments to the policy or regulation. It is hereby determined that legal references or citations contained in Board policies are of a non-substantive nature such that they may be updated and/or corrected by the Superintendent as appropriate, and in a manner consistent with this paragraph.

Legal          R.C. 3302.01 - .08

