

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | REVIEW OF POLICY - PHILOSOPHY AND GOALS |
| Code | po0171.2 |
| Status | Active |
| Adopted | February 23, 2009 |

### 0171.2 - REVIEW OF POLICY - PHILOSOPHY AND GOALS

It will be the policy of the Board to review its policies on the philosophy of education, educational goals, curriculum and instruction, participation of disabled students, and educational options on a continuing basis in order to keep them up-to-date.

