

Forest Hills
School District
ENGAGE · EMPOWER · EXCEL

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | REVIEW OF POLICY - COMMUNITY RELATIONS |
| Code | po0171.3 |
| Status | Active |
| Adopted | February 23, 2009 |

### 0171.3 - REVIEW OF POLICY - COMMUNITY RELATIONS

It will be the policy of the Board to review its policies on planned community relations on a continuing basis in order to keep them up-to-date.



EXHIBIT E