

**Forest Hills**
School District
ENGAGE · EMPOWER · EXCEL

| | |
|---|---|
| Book | Policy Manual |
| Section | 0000 Bylaws |
| Title | EXECUTIVE |
| Code | po0132 |
| Status | Active |
| Adopted | February 23, 2009 |

## 0132 - EXECUTIVE

The Board shall exercise its executive power by the appointment of a Superintendent of Schools, hereinafter referred to as "Superintendent", for a term not longer than five (5) years. R.C. 3319.01

The Superintendent shall enforce the statutes of Ohio, rules of the State Board, and the policies of this Board. R.C. 3319.01

The Superintendent shall prepare guidelines for the administration of the District which are not inconsistent with statutes, regulations of the State Board, or the policies of this Board. (See Policy 1230.01)

Such administrative guidelines shall be binding on the employees and the students of this District when issued.

The Superintendent shall be delegated the authority to take necessary action in circumstances not provided for in Board policy, provided that such action shall be reported to the Board at the next meeting following such action.



**EXHIBIT**

tabbies