

**Forest Hills School District**
ENGAGE • EMPOWER • EXCEL

| | |
|---|---|
| Book | Policy Manual |
| Section | 2000 Program |
| Title | CURRICULUM DEVELOPMENT |
| Code | po2210 |
| Status | Active |
| Adopted | February 23, 2009 |
| Last Revised | November 24, 2014 |

### 2210 - CURRICULUM DEVELOPMENT

The Board of Education recognizes its responsibility for the quality of the educational program of the schools. To this end, the curriculum shall be developed, evaluated, and adopted on a continuing basis and in accordance with a plan for curriculum growth established by the Superintendent.

For purposes of this policy and consistent communication throughout the District, curriculum shall be defined as:
  A. the courses of study, subjects, classes, and organized activities provided by the school;

  B. all the planned activities of the schools, including formal classroom instruction and out-of-class activity, both individual and group;

  C. learning activities approved by the Board for individuals or groups of students and expressed in terms of specific instructional objectives or class periods;

  D. the plan for learning necessary to accomplish the educational goals of the District.

The Board directs that the curriculum of this District:
  A. provides instruction in courses required by statute and State Department of Education regulations;

  B. be consistent with the District's philosophy and goals and ensure the possibility of their achievement;

  C. allows for the development of individual talents and interests as well as recognize that learning styles of students may differ;

  D. provides for continuous and cumulative learning through effective articulation at all levels;

  E. utilizes a variety of learning resources to accomplish the educational goals.

Further, the Superintendent shall provide an opportunity for parents to review the selection of textbooks and reading lists, instructional materials, and the academic curriculum of the District.

As educational leader of the District, the Superintendent shall be responsible to the Board for the development and evaluation of curriculum and the preparation of courses of study.

The Superintendent shall make progress reports to the Board periodically.

The Superintendent may conduct such innovative programs as are deemed to be necessary to the continuing growth of the instructional program and to better ensure accomplishment of the District's educational goals.

© Neola 2014


EXHIBIT

| | |
|---|---|
| Legal | A.C. 3301-99-01, 3301-35-02 |
| | R.C. 3315.07, 3317.023, 3317.11, 3319.02 |
| | R.C. 3301.07, 3301.132, 3313.60, 3313.21, 3313.212, 3313.602, 3313.843 |