# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SARAH UPDIKE,** *et al.* | : | Case No. 1:22-cv-00374 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **PLAINTIFFS' RESPONSE TO** |
| | : | **DEFENDANTS' MOTION TO** |
| **SARA JONAS,** *et al.* | : | **DISMISS COMPLAINT (Doc. #22)** |
| | : | |
| Defendants. | : | |
| | : | |

On this date, Plaintiffs have filed a First Amended Verified Complaint for Temporary, Preliminary and Permanent Injunctive Relief (Doc. #26). As a result, Defendants' Motion to Dismiss (Doc. #22) Plaintiffs' original Verified Complaint is now moot as it is no longer the operative pleading.

Dated:　September 14, 2022　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/W. Kelly Lundrigan*
　　　　　　　　　　　　　　　　　　　*s/ Nicole M. Lundrigan*
　　　　　　　　　　　　　　　　　　　W. Kelly Lundrigan (0059211)
　　　　　　　　　　　　　　　　　　　Nicole M. Lundrigan (0075146)
　　　　　　　　　　　　　　　　　　　LUNDRIGAN LAW GROUP CO, LPA
　　　　　　　　　　　　　　　　　　　1080 Nimitzview Drive, Suite 402
　　　　　　　　　　　　　　　　　　　Cincinnati, Ohio 45230
　　　　　　　　　　　　　　　　　　　Phone (513) 813-7610
　　　　　　　　　　　　　　　　　　　klundrigan@lundrigan-law.com
　　　　　　　　　　　　　　　　　　　nlundrigan@lundrigan-law.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF electronic filing services and served upon all parties of record on the 14th day of September, 2022.

*s/ Nicole M. Lundrigan*