UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SARAH UPDIKE and JAMES UPDIKE Individually and as parents and next Friends of their minor children I.U, A.U. and K.U. , et al. | : | Case No.: 1:22-cv-00374 |
| | : | JUDGE MICHAEL BARRETT |
| | : | MAGISTRATE STEPHANIE BOWMAN |
| Plaintiffs | | |
| vs. | : | |
| BOARD OF EDUCATION OF FOREST HILLS SCHOOL DISTRICT, et al. | : | **STIPULATION EXTENDING TIME TO RESPOND** |
| | : | |
| Defendants. | : | |

By agreement of the parties, the Defendants shall have until October 12, 2022 to respond to Plaintiffs' first amended complaint. No prior stipulated extensions have been entered in this matter.

/s/ Bernard W. Wharton
R. Gary Winters, Esq. (0018680)
Bernard W. Wharton Esq. (0063487)
Ian R. Smith, Esq. (0068195)
McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
bwwharton@mimlaw.com
*Attorney for Defendants Sarah Jonas,*
*Linda Hausfeld, Bob Bibb, Katie Stewart*
*Leslie Rasmussen, Larry Hook, Board of*
*Education of the Forest Hills School District*
*and The Forest Hills School District*

/s/ W. Kelly Lundrigan
W. Kelly Lundrigan   (0059211)
Nicole M. Lundrigan   (0075146)
Lundrigan Law Group Co., LPA
1080 Nimitzview Drive, Suite 402
Cincinnati, Ohio 45230
(513)813-7610 phone
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com
*Attorney for Plaintiffs*

G:\JEN\Forest Hills - Updike 22-06-28\Pleadings\Stipulation Extending Time to Respond.docx