**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **SARAH UPDIKE,** *et al.* | : | Case No. 1:22-cv-00374 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **MOTION FOR ADMISSION OF CO-** |
| | : | **COUNSEL MARK D. ROSENBAUM** |
| **SARA JONAS,** *et al.* | : | ***PRO HAC VICE* ON BEHALF OF** |
| | : | **PLAINTIFFS** |
| Defendants. | : | |
| | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), and this Court's Standing Order on Civil Procedures p. 2, Part C, W. Kelly Lundrigan, trial attorney for Plaintiffs, in the above-referenced action, hereby moves the court to admit Mark D. Rosenbaum, *pro hac vice,* to appear and participate as co-counsel in this case for Plaintiffs.

Movant represents that Mr. Rosenbaum is a member in good standing of the highest court of California, California Bar #59940, as attested by the attached certificate from that court. Mr. Rosenbaum has also been admitted to the United States District Courts for the Central and Northern Districts of California.

Moving Counsel has explained to Mr. Rosenbaum that he must familiarize himself with and follow the local civil rules for the Southern District of Ohio as well as the standing orders of this Court, and that he must register to use this Court's electronic filing system and participate in that system, and that his admission *pro hac vice* will be conditioned upon such registration.

Mr. Rosenbaum has not previously applied to this Court for *pro hac vice* admission. Mr. Rosenbaum is not eligible to become a member of the permanent bar of this Court.  This Motion is

accompanied by the required filing fee.

Mr. Rosenbaum's relevant information is as follows:

> Business Telephone: (213) 385-2977
> Business Fax: (213) 385-9089
> Business Address: Public Counsel, 610 South Ardmore Avenue, Los Angeles, California 90005
> Business email: mrosenbaum@publiccounsel.org

Movant respectfully requests Mr. Rosenbaum be admitted *pro hac vice* as Co-Counsel to undersigned trial counsel.  A proposed order is attached.

Dated:  October 21, 2022                  Respectfully submitted,


*s/W. Kelly Lundrigan*
*s/ Nicole M. Lundrigan*
W. Kelly Lundrigan (0059211)
Nicole M. Lundrigan (0075146)
LUNDRIGAN LAW GROUP CO, LPA
1080 Nimitzview Drive, Suite 402
Cincinnati, Ohio 45230
Phone (513) 813-7610
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com
*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF electronic filing services and served upon all parties of record on the 21st day of October, 2022.


*s/ W. Kelly Lundrigan*

2