# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SARAH UPDIKE, ET AL.** | * | **CASE NO. 1:22-CV-00374-MWM** |
| Plaintiffs | | **JUDGE MICHAEL R. BARRETT** |
| V. | * | |
| **SARA JONAS, ET AL.,** | | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants | * | |

Attorneys Nicole A. Mitchell and David E. Hardin hereby give notice that they are substituting as counsel for Defendant Leslie Rasmussen only, in place of Bernard Wharton.

Respectfully submitted,

*/s/ Nicole A. Mitchell*
Nicole A. Mitchell (0068178)
David E. Hardin (0066415)
Freund, Freeze & Arnold
8899 Brookside Avenue, Suite 203
West Chester OH 45069
T:  513-587-3917
F: 513-618-3917
nmitchell@ffalaw.com
dhardin@ffalaw.com
Attorneys for Defendant, Leslie Rasmussen

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 7th day of November, 2022, via electronic mail upon the following:

W. Kelly Lundrigan (0059211)
Nicole M. Lundrigan (0075146)
Lundrigan Law Group Co. LPA
1080 Nimitzview Drive, Suite 402
Cincinnati OH 45230
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com

**FREUND, FREEZE & ARNOLD**
A Legal Professional Association

- 2 -

and

Mark D. Rosenbaum
Public Counsel
610 South Ardmore Avenue
Los Angeles CA 90005
mrosenbaum@publiccounsel.org
Attorneys for Plaintiffs

R. Gary Winters (0018680)
Bernard W. Wharton (0063487)
Ian R. Smith (0068195)
McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati OH 45202
rgwinters@mimlaw.com
bwwharton@mimlaw.com
irsmith@mimlaw.com
Attorneys for Defendants
Sara Jonas, Linda Hausfeld, Bob Bibb,
Katie Stewart, Larry Hook and Forest
Hills School District

                                                    */s/ Nicole A. Mitchell*
                                                    Nicole A. Mitchell (0068178)

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**