IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SARAH HAMARAIN UPDIKE,** *et al*. | : | Case No. 1:22-cv-00374 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **NOTICE OF DEPOSITION OF** |
| | : | **DEFENDANT LARRY HOOK** |
| **SARA JONAS,** *et al.* | : | |
| | : | |
| Defendants. | : | |

Please take notice that, by agreement and pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Plaintiffs will take the deposition upon oral examination of Defendant Larry Hook, as upon cross examination, beginning at 10:00 a.m. on Thursday, November 17, 2022 at the offices of Lundrigan Law Group Co., LPA, 1080 Nimitzview Drive, Suite 402, Cincinnati, Ohio 45230.  The deposition is being taken for any purpose allowable under the Federal Rules of Civil Procedure and shall continue from day-to-day until completed, shall be recorded by sound or stenographic means and shall be before a Notary Public or other individual qualified to administer oaths.

Dated:  November 14, 2022  	Respectfully submitted,

                                                        *s/ Nicole M. Lundrigan*
                                                       W. Kelly Lundrigan (0059211)
                                                       Nicole M. Lundrigan (0075146)
                                                       LUNDRIGAN LAW GROUP CO, LPA
                                                       1080 Nimitzview Drive, Suite 402
                                                       Cincinnati, Ohio 45230
                                                       Phone (513) 813-7610
                                                       klundrigan@lundrigan-law.com
                                                       nlundrigan@lundrigan-law.com
                                                       *Attorneys for Plaintiffs*

Of Counsel:

Mark D. Rosenbaum
Admitted *Pro Hac Vice*
Public Counsel
610 South Ardmore Avenue
Los Angeles, California 90005
(213) 385-2977
mrosenbaum@publiccounsel.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF electronic filing services and served upon all parties of record on the 14th day of November, 2022.

                                                                 *s/ Nicole M. Lundrigan*