IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SARAH UPDIKE,** *et al.* | : | Case No. 1:22-cv-00374 |
| Plaintiffs, | : | |
| | : | Judge Michael R. Barrett |
| v. | : | |
| | : | **PLAINTIFFS' NOTICE OF FILING** |
| **SARA JONAS,** *et al.* | : | |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiffs hereby give notice of the filing of the following:

(1) Transcript of the deposition of Larry Hook, taken 11/17/22, with exhibits;

(2) Transcript of the deposition of Dr. Leslie Rasmussen, taken 12/14/22, with exhibits;

(3) Transcript of the deposition of Sara Jonas[1], taken 12/21/22, with exhibits.

The foregoing are being filed for use in the proceedings, including, but not limited to, Plaintiffs' Motion for Leave to file Second Amended Complaint, proposed Second Amended Complaint, and Plaintiffs' response to the pending Motion to Dismiss Plaintiffs' First Amended Complaint filed by Defendants.

---

[1] Certain personal information which is not relevant to the proceeding has been redacted.

Dated:  February 9, 2023                                  Respectfully submitted,

*s/ Nicole M. Lundrigan*
W. Kelly Lundrigan (0059211)
Nicole M. Lundrigan (0075146)
LUNDRIGAN LAW GROUP CO, LPA
1080 Nimitzview Drive, Suite 402
Cincinnati, Ohio 45230
Phone (513) 813-7610
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com
*Attorneys for Plaintiffs*

Of Counsel:

Mark D. Rosenbaum
Admitted *Pro Hac Vice*
Public Counsel
610 South Ardmore Avenue
Los Angeles, California 90005
(213) 385-2977
mrosenbaum@publiccounsel.org

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF electronic filing services and served upon all parties of record on the 9th day of February, 2023.

*s/ Nicole M. Lundrigan*