AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio 🔽

| | |
|---|---|
| Sarah Updike, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 1:22-cv-00374 |
| Sara Jonas, et al. | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Megan Fullen, 2263 Pointe Place, Cincinnati, Ohio 45244

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Exhibit A

| Place: Lundrigan Law Group Co., LPA 1080 Nimitzview Drive, Suite 402 Cincinnati, Ohio 45230 | Date and Time: 11/02/2023 10:00 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/19/2023

CLERK OF COURT

OR _[signature]_

_____     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ ___Plaintiffs___
_____, who issues or requests this subpoena, are:
Nicole M. Lundrigan, 1080 Nimitzview Drive, Suite 402, Cincinnati, Ohio 45244; (513) 813-7610

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00374

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ___Megan Fullen___

on *(date)* ___10/19/2023___ .

    ☒ I served the subpoena by delivering a copy to the named person as follows: ___Personal service at___

___2263 Pointe Pl., Cincinnati, OH 45244___

                                           on *(date)* ___10/22/2023___ ; or

    ☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___10/23/2023___

                                          *Aaron Grimes*
                                            *Server's signature*

                            Aaron Grimes- Process Server
                                  *Printed name and title*

                        128 S. Locust St., Versailles, KY 40383
                                  *Server's address*

Additional information regarding attempted service, etc.:

Doc ID: 5c7d4e3f0832324a13f7a154637925b0cf0de615

## AFFIDAVIT OF SERVICE

**State of Ohio**                    **County of Southern**                    **District Court**

Case Number: 1:22-CV-00374

Plaintiff:
**Sarah Updike, et al.**

vs.

Defendant:
**Sara Jonas; et al.**

For:
Lundrigan Law Group Co, LPA
1080 Nimitzview Drive
Suite 402
Cincinnati, OH 45230

Received by Kentucky Process Service Inc. on the 19th day of October, 2023 at 11:13 am to be served on **Megan Fullen, 2263 Pointe Pl., Cincinnati, OH 45244.**

I, Aaron Grimes, being duly sworn, depose and say that on the **22nd day of October, 2023 at 5:52 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Cover Letter; Subpoena to Produce; Exhibit A to Subpoena** to: **Megan Fullen** at the address of: **2263 Pointe Pl., Cincinnati, OH 45244,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: Caucasian, Height: 5'8", Weight: 140, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the _23rd_ day of _____October_____, _2023_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

_____
**Aaron Grimes**
Process Server

_____10/23/2023_____
**Date**

**Kentucky Process Service Inc.**
**128 S. Locust Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2023006838

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

Doc ID: 5c7d4e3f0832324a13f7a154637925b0cf0d‌ab