IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **SARAH UPDIKE**, *et al*. | : | Case No. 1:22-cv-00374 |
| Plaintiffs, | : | Judge Michael R. Barrett |
| v. | : | |
| **SARA JONAS**, *et al*. | : | **AFFIDAVIT OF NATALIE WHEELER HASTINGS** |
| Defendants. | : | |

STATE OF OHIO

                              SS:

COUNTY OF HAMILTON

    I, Natalie Wheeler Hastings, am over the age of 18, competent to testify, and being first duly sworn and cautioned, state as follows:

    1.    I am one of the Plaintiffs in the above-captioned case.

    2.    The following is a true and accurate depiction of the student-created mural at Nagel Middle School, prior to it being painted over:



The Mural was large and covered a wall at Nagel Middle School.

3. At the beginning of this school year, I discovered the Mural had been covered by a blue vinyl banner. I received a communication from Defendant Larry Hook indicating it was part of a "rebranding" effort.

4. On or about August 31, 2023, I discovered the Mural had been permanently destroyed by being painted over with blue paint.

5. Comments made by Defendant Bob Bibb regarding the Mural can be accessed here: https://youtu.be/m6HEqOgSGxs. His comments regarding the mural begin at minute 23:44.

6. An interview provided by Larry Hook to Fox19 news on or about September 20, 2023 regarding the decision to paint over the Mural can be accessed here:

https://drive.google.com/file/d/1yIZimZY97rWB101n_ukP6k8fe-kLQ91y/view?usp=sharing

FURTHER AFFIANT SAYETH NAUGHT.

_____
Natalie Wheeler Hastings

The foregoing instrument was sworn to and acknowledged before me on the 29th day of October, 2023.

_____
Notary Public

NICOLE MARIE LUNDRIGAN
ATTORNEY AT LAW
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.