# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SARAH UPDIKE,** *et al.* | : | Case No. 1:22-cv-00374 |
| | : | |
| Plaintiffs, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | : | |
| **SARA JONAS,** *et al.* | : | |
| | : | |
| Defendants. | : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties to this action hereby stipulate and agree that this action is dismissed with prejudice.

Dated:   December 28, 2023                         Respectfully submitted,

**Stipulated and Agreed:**

On Behalf of the Plaintiffs:

 *s/W. Kelly Lundrigan*
*s/ Nicole M. Lundrigan*
W. Kelly Lundrigan (0059211)
Nicole M. Lundrigan (0075146)
LUNDRIGAN LAW GROUP CO, LPA
1080 Nimitzview Drive, Suite 402
Cincinnati, Ohio 45230
Phone (513) 813-7610
klundrigan@lundrigan-law.com
nlundrigan@lundrigan-law.com
*Attorneys for Plaintiffs*

On Behalf of the Defendants:

s/*Bernard W. Wharton*
R. Gary Winters, Esq. (0018680)
Bernard W. Wharton Esq. (0063487)
Ian R. Smith, Esq. (0068195)
McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
bwwharton@mimlaw.com
*Attorney for Defendants Sarah Jonas, Linda Hausfeld, Bob Bibb, Katie Stewart Leslie Rasmussen, Larry Hook, Board of Education of the Forest Hills School District and The Forest Hills School District*

        s/*Lisa A. Hesse*_____
Bryan J. Mahoney (0071367)
Trial Counsel Lisa A. Hesse (0042120)
Co-Counsel FREUND, FREEZE &
ARNOLD Fifth Third Center 1 South Main
Street, Suite 1800 Dayton, OH 45402-2017
Phone: (937) 425-6331
bmahoney@ffalaw.com
lhesse@ffalaw.com
*Attorneys for Defendant*
*Leslie Rasmussen*

### Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Court's CM/ECF electronic filing services and served upon all parties of record on the 2nd day of January, 2024.

        s/ *Nicole M. Lundrigan*_____